UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:06CR198 HEA |
| BYRON BURRIS, | ) | |
| Defendant, | ) | |

## ORDER

This matter is before the Court on Defendant's "Notice of Motion/Request for Information/Permission to Proceed In Forma Pauperis," [Doc. No. 58]. Defendant requests that he be provided with copies of documents related to his case, plea agreement, sentencing transcripts, etc. The Motion is denied.

At the present time, there is nothing pending before the Court. Further, defendant should already have in his possession copies of all documents related to his case.

If Defendant wishes to file a post-conviction motion, his application to proceed *in forma pauperis* will be considered at that time.

Dated this 20th day of September, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE